## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., and JANSSEN PHARMACEUTICA PRODUCTS, L.P., | ) ) ) Civil Action No. 2:03-CV-06220 |
| Plaintiffs and Counterclaim Defendants, | ) ) ) |
| v. | ) Judge John W. Bissell ) ) |
| MYLAN PHARMACEUTICALS, INC., | ) ) |
| Defendant and Counterclaim Plaintiff. | ) Magistrate Judge G. Donald Haneke ) |
| | ) ) |
| JANSSEN PHARMACEUTICA N.V. and JANSSEN PHARMACEUTICA PRODUCT, L.P., | ) ) Civil Action No. 2:03-CV-06185 ) |
| Plaintiffs and Counterclaim Defendants, | ) ) Judge John W. Bissell |
| v. | ) ) ) |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., | ) Magistrate Judge G. Donald Haneke ) ) |
| Defendants and Counterclaim Plaintiffs. | ) ) |

## EXPERT REPORT OF BRIAN A. McMILLEN, Ph.D.

1.    I expect to testify as an expert witness for the defendants in *Janssen Pharmaceutica N.V. et al. v. Mylan Pharmaceuticals, Inc.*, Civil Action No. 2:03 CV-06220 and *Janssen Pharmaceutica N.V. et al. v. Dr. Reddy's Laboratories, Ltd. et al.*, Civil Action No. 2:03-CV-06185. This Expert Report describes my expected affirmative testimony and contains my conclusions and opinions in this matter and the bases therefor. To the extent any new information is made available to me, I will evaluate that information to determine whether it has any impact on my opinions and conclusions set forth in this Expert Report. If necessary, I will update this Expert Report to take that information into consideration. I also reserve the right to

offer rebuttal testimony to any evidence or argument presented by plaintiffs (in the above-identified matters) or their experts regarding issues concerning U.S. Patent No. 4,804,663 ("the '663 patent"; Tab A) and/or aspects of Pharmacology or Antipsychotic Drug Development. To date, I have not made any exhibits that provide a summary of my opinions.

## BACKGROUND AND PROFESSIONAL QUALIFICATIONS

2.    For 23 years I have been a member of the faculty and am currently a Professor of Pharmacology & Toxicology in the Brody School of Medicine and Adjunct Professor of Biology, East Carolina University in Greenville, NC. In addition, I was a member of the Editorial Advisory Board and the Review and Commentary Editor for the journal *Alcohol*, and currently serve as a field editor for the *Journal of Neural Transmission*. My business address is: Department of Pharmacology & Toxicology, Brody School of Medicine at East Carolina University, 600 Moye Boulevard, Greenville, NC 27834.

3.    I am a U.S. citizen and was born in Greenwich, Connecticut. I earned a B.S. degree in Chemistry from Beloit College in 1971 and a Ph.D. degree in Pharmacology from the University of Illinois at the Medical Center in Chicago in 1977. I began research on stimulant drugs as a Post-Doctoral Fellow at the University of Texas Health Science Center at Dallas in 1977. I was promoted to Instructor and then Assistant Professor. I came to East Carolina University in the fall of 1982 as Assistant Professor and received tenure in 1987. From 1992 through 1996, the Governor's Institute on Alcoholism and Substance Abuse, Inc. hired me 10% time as a Science Fellow for a curriculum project, and I currently serve on the Board of Directors for the Institute. I am also on the Board of Directors for the Eastern North Carolina Council on Substance Abuse and the Pitt County Coalition on Substance Abuse. I was retained as a consultant by Bristol-Myers Co. for their Central Nervous System Section from 1982-1986. In

2

addition to being on call, I would meet with the other consultants and all of their central nervous system drug discovery scientists, as well as their business management, each summer for a two-day review of their drug research and development. In addition, I was a consultant for Boehringer-Ingelheim Pharmaceuticals in 1987.

4. While at the University of Texas Health Science Center at Dallas, I was a principal investigator for a research grant from the National Institute of Mental Health. At East Carolina University, I have been either a principal investigator or co-investigator on grants from the National Institute on Drug Abuse and the National Institute on Alcohol Abuse and Alcoholism. Since joining East Carolina University, I have received four research contracts from Bristol-Myers Co., and one contract each from Miles Laboratories (Bayer) and Epigenesis, for research on investigational compounds either as anti-anxiety drugs or as antipsychotic drugs. In addition, I have just completed a contract with DOV Pharmaceuticals, Inc. for a study on a novel antidepressant drug. I have authored 95 papers in the scholarly literature, most of which were peer reviewed prior to publication. I have served as a reviewer for numerous journals and granting agencies, including the National Institutes of Health and the Veterans Administration, as well as state and local organizations.

5. My teaching responsibilities for 25 years have included the block on central nervous system drugs for the second year medical student course on Pharmacology. For the last six years, I have also taught this same material to physician assistants. I coordinate and do most of the teaching for the graduate seminar course, Pharmacology of the Central Nervous System. In addition, I provide invited lectures on psychopharmacology to other departments at Eastern Carolina University, such as Psychology and grand rounds for Psychiatry, on different central nervous system drugs. I help coordinate the course on substance abuse, Clinical Aspects of

3

Lifestyle Abuse, for second year medical students in collaboration with the Department of Psychiatry.

6.    I am a member of:

American Chemical Society (1971 to present)
American Association for the Advancement of Science (1976 to present)
Society for Neuroscience (1978 to present)
American Society of Pharmacology and Experimental Therapeutics (1984-1996)
Neurobehavioral Teratology Society (1989 to present)
International Behavioral Neuroscience Society (1995 to present)

My *curriculum vitae*, attached at Tab B, contains further information regarding my professional background and qualifications, including a list of my publications.

## BACKGROUND INFORMATION

Attached at Tab C is a list of general terms used in Drug Development. They are referred to hereinafter in my Expert Report and form the terminology for the conclusions and opinions expressed in it.

## CONCLUSIONS AND OPINIONS

### I.    The Pre-Clinical Research and Development Process of Drugs in the Early 1980s and the Level of Those of Ordinary Skill Working in That Process

7.    I have read those portions of the Expert Reports of Dr. Manfred E. Wolff Ph.D. and Edmund J. LaVoie Ph.D. that discuss the Pre-Clinical Drug Research and Development Process in the early 1980s and the level of ordinary skill of those working in that Process (Wolff ¶¶14 to 18 and LaVoie ¶¶10 to 19), and I agree with the conclusions and opinions expressed by them with respect to those topics.

## II.    Overview Of Antipsychotic Drug Development And Antipsychotic Drug Action In The Early 1980s

8.    In order to understand the state of research and development of antipsychotic drugs in the early 1980s, it is necessary to briefly review the history of three independent discoveries and the interweaving of their threads through time.  There are many excellent review articles and books that describe these events.  Two of them focus on the role that serotonin plays in schizophrenia: Fischman L.G., "Dreams, Hallucinogenic Drug States, and Schizophrenia:  A Psychological and Biological Comparison," Schizophrenia Bull, vol. 9 (1983) at 73-94 (Tab D) and Roth B.L. and Meltzer H.Y., "The Role of Serotonin in Schizophrenia," Psychopharmacology: The Fourth Generation of Progress, Eds. Bloom F.E. and Kupfer D.J. Raven Press, Inc., New York (1995) at 1215-1227 (Tab E).  Serotonin received its name because scientists recognized that a vasotonic substance was released sometimes when blood was allowed to clot prior to centrifugation in order to produce sera—hence the name serotonin.

9.    Within about a five year period, from 1948 to 1953, a Swiss Medicinal Chemist synthesized and self-discovered the hallucinogenic properties of lysergic acid diethylamide ("LSD"), French psychiatrists discovered that Chlorpromazine had powerful antipsychotic properties, and two Americans discovered the chemical structure of serotonin, 5-hydroxytryptamine.  The structure of serotonin is a simple indoleamine, and it was obvious that an indole structure is imbedded within the larger LSD molecule.  Testing demonstrated that LSD blocks the ability of serotonin to constrict blood vessels.  Thus, the linkage between the effects of LSD and actions at the serotonin receptors was made.  Later, it was found that, although LSD is an antagonist at serotonin receptors in the periphery, it has an agonist action in the central nervous system, as do other indoleamine derivatives that also produce hallucinations.

5

10.    Chlorpromazine, one of the first widely used antipsychotics, was approved in the United States for the treatment of schizophrenia in 1954. The number of hospital beds occupied by patients with mental illness peaked in 1956 at about 500,000, and as the use of Chlorpromazine spread, this number rapidly declined. A proposed mechanism of action for this drug (and subsequent analogs based on its phenothiazine core structure) remained undefined for about a decade. In 1963, future Nobel Laureate Arvid Carlsson published a paper that simply and elegantly showed that Chlorpromazine increased the metabolism of dopamine in rodents. He proposed that this effect was due to the inhibition of dopamine receptors, resulting in feedback activation of dopamine release and metabolism.[1] Previously, Carlsson had been the first to propose that dopamine was a neurotransmitter in the brain—that is, it is a chemical synthesized and stored in nerve endings, to be released upon arrival of an action potential that started at the neuron's cell body and propagated down the axon to the nerve endings. While other theories persisted in the United States (and around the world) about the mechanism of action of Chlorpromazine and related drugs, evidence increasingly pointed to dopamine antagonism as the critical element in that action.

11.    It is important to understand that there are three groups of neurons in the human brain that use dopamine as their neurotransmitter. One group is located in the hypothalamus at the base of the brain, and releases dopamine into the blood stream that leads to the pituitary gland in order to regulate the release of certain pituitary hormones such as prolactin. The other two neuron groups are located adjacent to one another in the brainstem behind the hypothalamus and in front of the pons. The lateral group (known as the substantial nigra pars compacta)

---

[1]  Carlsson A. and Lindquist M., "Effect of Chlorpromazine and Haloperidol on Formation of 3-methoxytyramine and Normetanephrine in Mouse Brain," <u>Acta Pharmacologica et Toxicologica</u>, 20 (1963) at 140-144 (Tab F).

projects forward into the motor control areas in the brain. The medial group (known as the ventral tegmental area) projects forward to sub-cortical and frontal cortical areas involved in emotional control and motivation. Alteration of the lateral dopaminergic group results in locomotor disturbances called dyskinesias (also known as extrapyramidal side-effects ("EPS"), while disturbances of the medial group result in agitation or delusions, and can have euphoric (increased activity) or dysphoric (decreased activity) effects. The dopamine hypothesis of schizophrenia is that the activity in the medial group is overactive or that a neurotransmitter(s) that work(s) in counterbalance to dopamine is(are) underactive. Thus, inhibition of dopamine receptors in the group restores dopamine balance to a schizophrenic patient. This also means that for a drug to have an antipsychotic effect (and, therefore, be useful in treating schizophrenia) it is critical that it cross the blood-brain-barrier and enter the central nervous system. Drugs that do not cross the blood-brain-barrier in humans will be inactive as antipsychotics and cannot be used to treat schizophrenia.

12.    The advent of radiolabeled ligand binding methods allowed the examination of large numbers of drugs at a receptor site and led to papers similar to the one published in 1976 by Snyder's laboratory.[2] Snyder's group demonstrated striking correlations between the ability of drugs to displace a radioactively labeled drug from the presumed dopamine receptor, and both the clinical antipsychotic dose and also the ability of the drug to inhibit behavioral activity induced in animal models by dopamine agonists. This receptor site eventually became known as the dopamine "$D_2$" receptor. Attempts to find similar correlations with the $D_1$ receptor, or receptors for other neurotransmitters, failed. The general conclusion reached by the late 1970s

---

[2]    Creese I., Burt D.R. and Snyder S.H., "Dopamine Receptor Binding Predicts Clinical and Pharmacological Potencies of Antischizophrenic Drugs," Science, 192 (1976) at 481-483 (Tab G).

(which continues today) is that all antipsychotic drugs bind to a receptor in the brain necessary for the action of dopamine. Even Clozapine, the prototype for so-called "atypical" or "second generation" antipsychotic drugs, produces significant inhibition of the $D_2$ receptor at therapeutic concentrations. Drug interactions with receptors other than the $D_2$ receptor modify the types of side-effects that are produced by each antipsychotic drug rather than contributing to antipsychotic function *per se*.

13.     During the 1960s, there was interest in the hallucinogenic properties of LSD and other serotonergic agonists. One such serotonin agonist, Bufotenin, is synthesized by a species of frog. The suggestion was made that either too much serotonin or the formation of an aberrant metabolite may have caused the hallucinations experienced by schizophrenic patients. However, this theory was discarded when it was discovered that schizophrenics who were given LSD recognized that they were hallucinating, whereas consumption of Amphetamine exacerbated their own hallucinations and there was no ideation. Further, the hallucinations caused in humans by LSD (and related drugs) are highly visual, whereas schizophrenic delusions are paranoid and often auditory. As data to support the dopamine hypothesis of schizophrenia was gathered, the serotonergic theory of schizophrenia was abandoned.

14.     Additional research during the 1960s and 1970s demonstrated that there are important interactions between the dopaminergic and serotonergic systems. Some limited examples include a report by Waldmeier and Delini-Stula, which described that increasing serotonergic activity potentiated the biochemical and behavioral effects of the antipsychotic drug Haloperidol, and that serotonin antagonists attenuated the effects of Haloperidol.[3] Likewise,

---

[3] Waldmeier P.C. and Delini-Stula A.A., "Serotonin-Dopamine Interactions in the Nigrostriatal System," European Journal of Pharmacology, 55 (1979) at 363-373 (Tab H).

researchers in India reported similar results on Haloperidol-induced akinesia (or catalepsy).[4] It was apparent that either the depletion of dopamine, or the inhibition of action of dopamine at its receptors by an antipsychotic drug, would result in a cataleptic syndrome in animals or a Parkinson's disease-like (or parkinsonian) syndrome in humans. It was also apparent that modification of serotonergic activity would alter these responses. In 1976, Goldman demonstrated the relief of antipsychotic-induced dyskinesias by the addition to the patient's regimen of Cyproheptadine, an anti-histaminergic drug with strong anti-serotonergic properties.[5] Goldman called for more research to demonstrate the utility of this interaction in order to relieve the side-effects of antipsychotic drugs.

15.     Although one approach to reducing the neurological side-effects of antipsychotic drugs would be to combine two drugs, one anti-dopaminergic and one anti-serotonergic, it was found that some antipsychotic drugs combined both properties. For example, in 1978 Leysen and her co-workers reported that several marketed and experimental antipsychotic drugs would block radiolabeled ligand binding at serotonergic receptors, specifically at what is now known as the $5HT_{2A}$ receptor.[6] Interestingly, Clozapine has a ten-fold higher affinity for the serotonergic sites over the $D_2$ receptor sites. Leysen and her co-workers also suggested that the ratio of dopaminergic to serotonergic inhibitory activity would affect the pharmacological profiles of

---

[4] Balsara J.J., Jadhav J.H. and Chandorkar A.G., "Effects of Drugs Influencing Central Serotonergic Mechanisms on Haloperidol-Induced Catalepsy," Psychopharmacology, 62 (1979) at 67-69 (Tab I).

[5] Goldman D., "Treatment of Phenothiazine-Induced Dyskinesia," Psychopharmacology, (Berlin) 47 (1976) at 271-272 (Tab J).

[6] Leysen J.E., Niemegeers C.J.E., Tollenaer J.P. and Laduron P.M., "Serotonergic Component of Neuroleptic Receptors," Nature, 272 (1978) at 168-171 (Tab K).

antipsychotic drugs. In 1980, Akira Horita and co-workers made similar observations based on the modification of animal behaviors.[7]

16.    With the recognition in the mid-1970s that Clozapine was a fully therapeutic antipsychotic drug almost devoid of neurological side-effects (note: the drug was allowed to sit on the shelf for four years because it lacked the "appropriate" side-effects!), there was a great deal of interest in finding a drug with similar activity. The 1978 report by Leysen *et al.* described above was one of several that suggested anti-serotonergic activity was an important addition to the pharmacological profile of an antipsychotic drug. Repeatedly, throughout the 1970s, attempts to develop a drug without dopaminergic activity as an antipsychotic failed. Thus, by the early 1980s, it was clear that antipsychotic activity required inhibition of dopamine at its receptors. It was also clear by the early 1980s that activity at appropriate additional receptors (*e.g.*, such as the serotonergic $5HT_{2A}$ receptor) could mitigate the neurological side-effects of dopamine active antipsychotic drugs.

## III.    A Janssen Compound, "Pirenperone," Was Known To Those Working In Antipsychotic Drug Development In The Early 1980s

17.    The drug known by the generic name "Pirenperone" (Janssen code number R 47465) is specifically disclosed and claimed in U.S. Patent No. 4,342,870 (Tab X), which issued to Janssen Pharmaceutica N.V. in 1982. In the early 1980s, several papers were published on the pharmacological profile of Pirenperone. In 1981, two Janssen scientists presented a paper that

---

[7] Lai H., Carino M.A. and Horita A., "Antiserotonin Properties of Neuroleptic Drugs," Psychopharmacology and Biochemistry of Neurotransmitter Receptors, Eds. Yamamura H.I., Olsen R.W. and Usdin E. Elsevier North Holland, Inc. (1980) at 347-353 (Tab L).

described both the serotonergic and the dopaminergic receptor affinities for this drug.[8] The affinity constants, or Ki values, for $5HT_2$ and $D_2$ receptors reported by the Janssen scientists were 2.1 nM (nanomolar, $10^{-9}$ molar) and 15.8 nM, respectively. Consistent with those observations, Green and co-workers reported in 1983 that Pirenperone would inhibit both serotonin and dopamine agonist-mediated behaviors in rodents.[9] The serotonergic syndrome model was to administer the serotonin precursor, 5-hydroxytryptophan, along with an inhibitor of its peripheral metabolism, in order to produce a pattern of head twitches in mice. The dopaminergic system in rats was stimulated by administration of Methamphetamine. Pirenperone blocked both agonists, while the classic antipsychotic Haloperidol blocked only the dopaminergic effects of Methamphetamine with little affect on the serotonin syndrome. Likewise in 1983, Pawlowski and colleagues used different agonist drugs to stimulate either serotonergic or dopaminergic receptors and attempted to block the responses with Pirenperone.[10] Consistent with the reported difference in affinities for $5HT_2$ and $D_2$ receptors (*see, e.g.,* Colpaert & Leysen, Tab M), Pirenperone was slightly more potent for inhibition of serotonergic-mediated behaviors, but *in vivo* effects at both receptors were demonstrated.

18.    Finally, in 1983 Herbert Meltzer and co-workers demonstrated that Pirenperone, but not the chemically related $5HT_2$ antagonist Ketanserin, would increase the secretion of

---

[8] Colpaert F.C. and Leysen J.E., "Characterization of *In Vivo* Agonist and Antagonist Activity of Purported 5-hydroxytryptamine Antagonists and of R 47 465, an LSD-Antagonist," 8th International Congress of Pharmacology, Tokyo, Japan, July 19-24, 1982 (Tab M).

[9] Green A.R., O'Shaughnessy K., Hammond M., Schächter M. and Grahame-Smith D.G., "Inhibition of 5-hydroxytryptamine-Mediated Behavior by the Putative 5-HT2 Antagonist Pirenperone," Neuropharmacology, 22 (1983) at 573-578 (Tab N).

[10] Pawćowski L., Przegelińeki E. and Hano J., "Antiserotonergic and Antidopaminergic Action of Pirenperone, A New S2-serotonin Receptor Antagonist," Abstract, Joint Meeting of French and German Pharmacological and Toxicological Societies, Freiburg (Germany), September 19-22, 1983. Archives of Pharmacology 324, Suppl. (1983) at R20 (Tab O).

prolactin by the pituitary gland in rats.[11]  Other $5HT_2$ antagonists similarly failed to increase prolactin release.  Based upon these results, Meltzer and his co-workers concluded that the anti-dopaminergic activity of Pirenperone accounted for the increase in prolactin.  Thus, not only was Pirenperone known to those working in the antipsychotic drug development in the early 1980s, but it was apparent to those workers with data from a variety of test systems, both *in vivo* and *in vitro*, that Pirenperone combined potent antagonism for both the serotonin $5HT_{2A}$ and dopamine $D_2$ receptors.  Therefore, those working in antipsychotic drug development in the early 1980s would have been motivated to test Pirenperone as an antipsychotic with the reasonable expectation that it would be effective in treating schizophrenia in humans and potentially would have fewer side-effects than other antipsychotics, such as Haloperidol.

**IV.    Pre-Clinical Testing of Pirenperone And The Duration Of Its Therapeutic Effect**

19.    As the research on Pirenperone demonstrates, it was known that Pirenperone had antagonist action at both dopaminergic and serotonergic receptors.  However, Green and his co-workers noted in their 1983 paper that when Pirenperone was administered thirty (30) minutes prior to the test agonists, they were able to demonstrate the antagonist effects in rodents.[12]  If, however, Pirenperone was administered six (6) hours before test agonists, no effects were observed.  They did not suggest a cause for the rapid loss of effect.  If a metabolic or elimination process were involved, which would be the most reasonable explanation, the half-life for elimination of the biological effect must be very short, on the order of one hour or less, in order

---

[11]  Meltzer H.Y., Simonovic M. and Gudelsky G.A., "Effects of Pirenperone and Ketanserin on Rat Prolactin Secretion in vivo and in vitro," European Journal of Pharmacology 92 (1983) at 83-89 (Tab P).

[12]  Green A.R., O'Shaughnessy K., Hammond M., Schächter M. and Grahame-Smith D.G., "Inhibition of 5-hydroxytryptamine-Mediated Behavior by the Putative 5-HT2 Antagonist Pirenperone," Neuropharmacology, 22 (1983) at 573-578 (Tab N).

for the complete loss of effect in less than sic (6) hours (Green and his co-workers did not examine any other time points). Note that four half-lives allows for 90% elimination of a drug.

20.    The chemical name for Pirenperone is 3-[2-[4-(4-fluorobenzoyl)-1-piperidinyl]ethyl]-2-methyl-4H-pyrido[1,2]pyrimidin-4-one. The structural formula of Pirenperone is

Pirenperone

21.    Structurally, Pirenperone may be described as having two parts, or "sides"—an A-Side and a B-Side. Its A-Side has an aromatic ring (highlighted in blue in the structure above) and its B-Side includes a chemical structure called a benzoyl (a ketone-group next to a phenyl ring, highlighted in red). Although both structures within Pirenperone may be subject to attack in the human body by metabolic enzymes, it was also well known by the early 1980s that several enzymes in the human liver will reduce ketone-groups (including those found in benzoyls) to hydroxyls (*i.e.*, alcohols) according to the following chemical equation:

22.    By the early 1980s it was recognized that the relatively short duration for biological activity of molecules similar to Pirenperone that contain ketone-groups (*e.g.*

13

Ketanserin) may be due to metabolic reduction of the keto group to an alcohol. If the ketone-group in the chemical structure were important for biological activity, then that activity would be lost by the metabolic reduction of the ketone-group to an alcohol. For example, Pottier and co-workers reported in 1978 that the anti-inflammatory drug 4-(2-methyl-3(4-chlorobenzoyl)phenyl)butanoic acid (RU 16029) was reduced to an inactive alcohol in human volunteers.[13] 1983, Landelauf reported that a reduced form of Ketanserin[14] (*i.e.*, Ketanserinol) was present in the plasma from a patient who was taking Ketanserin tablets.[15] Further, a 1983

---

[13] Pottier J., Busigny M. and Raymaud J.P., "Species Differences in the Biotransformatioan of (4-(2-methyl-3-(4-chlorobenzoyl)phenyl)butanoic acid (RU 16029)," Xenobiotica, 8(7)(1978) at 429-437 (Tab Q).

[14] The chemical name for Ketanserin is 3-(2-(4-(4-fluorobenzoyl)-1-piperidinyl]ethyl]-2,4-(1H,3H)-quinazolinedione. The structural formula of Ketanserin is:

Ketanserin

Ketanserin has the exact same B-Side as Pirenperone (which contains a benzoyl group--highlighted in pink in the structure above), but a different A-Side. Ketanserin is specifically disclosed and claimed in U.S. Patent No. 4,335,127, which issued to Janssen Pharmaceutica NV in 1982 (Tab Y).

[15] Lindelauf F., "Determination of Ketanserin and its Major Metabolite (Reduced Ketanserin) in Human Plasma by High-Performance Liquid Chromatography," Journal of Chromatography, 277 (1983) at 396-400 (Tab R).

14

Janssen Pharmaceutica NV Clinical Research Report describes the conversion of Ketanserin to Ketanserinol in human volunteers as being rapid.[16]

23.    Also by the early 1980s it was known that it was possible to synthesize antipsychotic compounds that contained structures known as "benzisoxazoles."[17] Benzisoxazoles have planar structures similar to benzoyls, but do not contain ketone-groups, and, therefore, cannot undergo rapid reduction in humans.  Additionally, as John L. Neumeyer, Ph.D. and Manfred E. Wolff, Ph.D. describe in detail in their Expert Reports (Neumeyer ¶18 and Wolff ¶¶26 to 28), by the early 1980s it was well-known to those working in antipsychotic drug development that the ketone-groups in the B-Sides of antipsychotic drugs could be readily made with isoxazole-groups by substituting the B-Side ketone-group with an oxime, which in turn is converted to an isoxazole-group.  (*See, e.g.,* Strupczewski J.T., Allen R.C., Gardner B.A., Schmid B.L., Stache U., Glamkowski E.J., Jones M.C., Ellis D.B. and Geyer III H.M. "Synthesis and Neuroleptic Activity of 3-(1-substituted-4-piperidinyl)-1,2-benzisoxazoles." Abstract, 183rd American Chemical Society National Meeting, Las Vegas, Nevada, March 28-April 2, 1982. MEDI 64, Tab T.

24.    The teachings in the literature available in the early 1980s that Pirenperone was a potent antagonist at both dopamine and serotonin receptors in the human brain would have motivated those of ordinary skill working at that time to select Pirenperone as a lead compound

---

[16] Meuldermans W., Hendrickx J., Hurkmans R., Swysen E., Prinsen P., Woestenborghs R., Lauwers W., Van Peer A., De Cree J. and Heykants J., "Absorption, Excretion and Metabolism of Ketanserin in Volunteers After Oral and Intravenous Administration," Janssen Clinical Research Report R 41 468-tartrate/53 (R 49 945) N 31373, January, 1983 (Tab S)

[17] Strupczewski J.T., Allen R.C., Gardner B.A., Schmid B.L., Stache U., Glamkowski E.J., Jones M.C., Ellis D.B. and Geyer III H.M., "Synthesis and Neuroleptic Activity of 3-(1-substituted-4-piperidinyl)-1,2-benzisoxazoles," Abstract, 183rd American Chemical Society National Meeting, Las Vegas, Nevada, March 28-April 2, 1982. MEDI 64 (Tab T).

15

to develop additional antipsychotic drugs. Further, the teachings in the available literature that Pirenperone had a short duration of activity, would have motivated a person of ordinary skill working in the early 1980s to modify it to achieve a longer-lasting activity as an antipsychotic. The person of ordinary skill working to develop antipsychotics in the early 1980s would have known that the ketone-group in Pirenperone's B-Side was sensitive to metabolic biotransformation to an alcohol (*See*, *e.g.*, Pottier), and have focused their attention on that ketone-group as a way of increasing Pirenperone's duration of antipsychotic activity. Following the 1982 teachings of Strupczewski and his co-workers, the person of ordinary skill working in the early 1980s to develop antipsychotics would have been motivated to modify the B-side of Pirenperone by replacing the ketone-group in it with an isoxazole-group and would have reasonably expected that the resulting "modified" Pirenperone would be an antipsychotic with fewer EPS than the typical antipsychotics being widely used to treat schizophrenia. And, they would also have reasonably expected that the "modified" Pirenperone resulting from the replacement of the ketone-group on the B-side of Pirenperone with an isoxazole-group would have an increased duration of action in the human body as an antipsychotic. Lastly, they would also have recognized that replacement of the ketone-group on the B-Side of Pirenperone with an isoxazole-group should be bioisosteric with respect to antipsychotic activity.[18]

---

[18] That a isoxazole-group is a bioiostere for a ketone-group in a drug is reported Shutske G.M., Setescak L.L., Allen R.C., Davis L., Effland R.C. and Ranbom K, "[(3-aryl-1,2-benzisoxazol-6-yl)oxy]acetic acids. A New Diuretic Series," Journal of Medicinal Chemistry 25 (1981) at 36-44 (Tab U); Jones P. *et al.*, "1,2-Benzisoxazolyloxy (bzw. Thio) essigsauren und verwandte Verbindungen, Verfahren zu ihrer Herstellung sowie Arzneimittel die solche Verbindungen als Wirkstoff enthaiten," European Patent Application Number EP 2666 (July 11, 1979) (Tab V); and Saunders J.C. *et al.*, "Potential Antinflammatory Compounds.2.Acidic Antinflammatory 1,2-Bensisoxazoles," Journal of Medicinal Chemistry, 22 (1979): 1554-1558. (Tab W).

25.     The "modified" Pirenperone (in which the ketone-group in the B-side of Pirenperone—highlighted in red—has been replaced by an isoxazole-group—also highlighted in red and designated as "Compound 11")[19] has the following structure:

Pirenperone                                Compound 11

Its chemical name is 3-[2-[4-(6-fluoro-1,2-benzisoxazol-3-yl)-1-piperidinyl]ethyl]-2-methyl-4H-pyrido[1,2-a]pyrimidin-4-one) and it is one of the compounds claimed in the claims of Janssen's '663 patent (*See, e.g.*, claims 6, 12 and 18).

## INFORMATION CONSIDERED

In forming the conclusions and opinions expressed in this Expert Report I relied upon my nearly thirty (30) years of experience in the field of Pharmacology and my review of the following materials:

Balsara J.J., Jadhav J.H. and Chandorkar A.G. "Effects of Drugs Influencing Central Serotonergic Mechanisms on Haloperidol-Induced Catalepsy." Psychopharmacology 62 (1979): 67-69.

Carlsson A. and Lindquist M. "Effect of Chlorpromazine and Haloperidol on Formation of 3-methoxytyramine and Normetanephrine in Mouse Brain." Acta Pharmacologica et Toxicologica 20 (1963): 140-144.

---

[19] Modified Pirenperone appears in the '663 patent as both "compound 10" and (*see,* Example 5) and "compound 11" (*see,* Example 6) (Tab W).

Colpaert F.C. and Leysen J.E. "Characterization of *In Vivo* Agonist and Antagonist Activity of Purported 5-hydroxytryptamine Antagonists and of R 47 465, an LSD-Antagonist." 8th International Congress of Pharmacology Tokyo, Japan, July 19-24, 1982.

Creese I., Burt D.R. and Snyder S.H. "Dopamine Receptor Binding Predicts Clinical and Pharmacological Potencies of Antischizophrenic Drugs." Science 192 (1976): 481-483.

Fischman L.G. "Dreams, Hallucinogenic Drug States, and Schizophrenia: A Psychological and Biological Comparison." Schizophrenia Bull 9 (1983): 73-94.

Goldman D. "Treatment of Phenothiazine-Induced Dyskinesia.Psychopharmacology." (Berlin) 47 (1976): 271-272.

Green A.R., O'Shaughnessy K., Hammond M., Schächter M. and Grahame-Smith D.G. "Inhibition of 5-hydroxytryptamine-Mediated Behavior by the Putative 5-HT2 Antagonist Pirenperone." Neuropharmacology 22 (1983): 573-578.

Jones P. et al. "1,2-Benzisoxazolyloxy (bzw. Thio) essigsauren und verwandte Verbindungen, Verfahren zu ihrer Herstellung sowie Arzneimittel die solche Verbindungen als Wirkstoff enthaiten." European Patent Application Number EP 2666 (July 11, 1979).

Lai H., Carino M.A. and Horita A. "Antiserotonin Properties of Neuroleptic Drugs." Psychopharmacology and Biochemistry of Neurotransmitter Receptors Eds. Yamamura H.I., Olsen R.W. and Usdin E. Elsevier North Holland, Inc. (1980): 347-353.

Leysen J.E., Niemegeers C.J.E., Tollenaer J.P. and Laduron P.M. "Serotonergic Component of Neuroleptic Receptors." Nature 272 (1978): 168-171.

Lindelauf F. "Determination of Ketanserin and its Major Metabolite (Reduced Ketanserin) in Human Plasma by High-Performance Liquid Chromatography." Journal of Chromatography 277 (1983): 396-400.

18

Meltzer H.Y., Simonovic M. and Gudelsky G.A. "Effects of Pirenperone and Ketanserin on Rat Prolactin Secretion in vivo and in vitro." European Journal of Pharmacology 92 (1983): 83-89.

Meuldermans W., Hendrickx J., Hurkmans R., Swysen E., Prinsen P., Woestenborghs R., Lauwers W., Van Peer A., De Cree J. and Heykants J. "Absorption, Excretion and Metabolism of Ketanserin in Volunteers After Oral and Intravenous Administration." Janssen Clinical Research Report R 41 468-tartrate/53 (R 49 945) N 31373, January, 1983.

Pawćowski L., Przegelińeki E. and Hano J. "Antiserotonergic and Antidopaminergic Action of Pirenperone, A New S2-serotonin Receptor Antagonist." Abstract, Joint Meeting of French and German Pharmacological and Toxicological Societies, Freiburg (Germany), September 19-22, 1983. Archives of Pharmacology 324, Suppl. (1983): R20.

Pottier J., Busigny M. and Raymaud J.P. "Species Differences in the Biotransformatioan of (4-(2-methyl-3-(4-chlorobenzoyl)phenyl)butanoic acid (RU 16029)." Xenobiotica 8(7)(1978): 429-437.

Roth B.L. and Meltzer H.Y. "The Role of Serotonin in Schizophrenia." Psychopharmacology: The Fourth Generation of Progress Eds. Bloom F.E. and Kupfer D.J. Raven Press, Inc.: New York (1995): 1215-1227.

Saunders J.C. et al., "Potential Antinflammatory Compounds.2.Acidic Antinflammatory 1,2-Bensisoxazoles." Journal of Medicinal Chemistry 22 (1979): 1554-1558.

Shutske G.M., Setescak L.L., Allen R.C., Davis L., Effland R.C. and Ranbom K. "[(3-aryl-1,2- benzisoxazol-6-yl)oxy]acetic acids. A New Diuretic Series." Journal of Medicinal Chemistry 25 (1981): 36-44.

Strupczewski J.T., Allen R.C., Gardner B.A., Schmid B.L., Stache U., Glamkowski E.J., Jones M.C., Ellis D.B. and Geyer III H.M. "Synthesis and Neuroleptic Activity of 3-(1-substituted-4-piperidinyl)-1,2-benzisoxazoles." Abstract, 183rd American Chemical Society National Meeting, Las Vegas, Nevada, March 28-April 2, 1982. MEDI 64.

Waldmeier P.C. and Delini-Stula A.A. "Serotonin-Dopamine Interactions in the Nigrostriatal System." European Journal of Pharmacology 55 (1979): 363-373.

U.S. Patent No. 4,335,127

U.S. Patent No. 4,342,870

U.S. Patent No. 4,804,663

I have also read the expert reports of Drs. Wolff, Neumeyer and LaVoie.

## LIST OF CASES IN THE LAST FOUR (4) YEARS

I have testified at trial or deposition in the following cases within the past four years:

*Feldmeth v. Tonya Dykstra*, Superior Civil Court, Ft. Myers, FL April 30, 2002.

*U.S. v. Robert F. Smith*, District Court for the Eastern District of North Carolina.

*North Carolina v. David Thigpen*, Guilford County Superior Court, July 17, 2003.

*North Carolina v. Bradford T. Layton*, Hayes County Superior Court, March 11 and 12, 2004.

*North Carolina v. Willie J. Surles*, Harnett County Superior Court on May 12, 2004.

*North Carolina. v. Paul Cummings*, New Hanover County Superior Court on May 14, 2004.

*North Carolina v. Johnny Wayne Hyde*, Onslow County Superior Court, December 14, 2004.

20

## COMPENSATION

I am being compensated for my work in connection with this matter at the rate of $125 per hour and $1250 per trial day.


Date:  29 July 2005                     _____
                                        Brian A. McMillen

21