**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., and<br>JANSSEN PHARMACEUTICA<br>PRODUCTS, L.P., | )<br>)<br>)  Civil Action No. 2:03-CV-06220 |
| Plaintiffs and Counterclaim Defendants, | )<br>)<br>)  Judge John W. Bissell |
| v. | )<br>) |
| MYLAN PHARMACEUTICALS, INC., | )<br>) |
| Defendant and Counterclaim Plaintiff. | )  Magistrate Judge G. Donald Haneke<br>)<br>) |
| JANSSEN PHARMACEUTICA N.V. and<br>JANSSEN PHARMACEUTICA PRODUCT, L.P., | )<br>)  Civil Action No. 2:03-CV-06185<br>) |
| Plaintiffs and Counterclaim Defendants, | )<br>)  Judge John W. Bissell |
| v. | )<br>) |
| DR. REDDY'S LABORATORIES, LTD. and<br>DR. REDDY'S LABORATORIES, INC., | )  Magistrate Judge G. Donald Haneke<br>)<br>) |
| Defendants and Counterclaim Plaintiffs. | ) |

## <u>EXPERT REPORT OF MANFRED E. WOLFF, Ph.D.</u>

1.     I expect to testify as an expert witness for the defendants in *Janssen Pharmaceutica N.V. et al. v. Mylan Pharmaceuticals, Inc.*, Civil Action No. 2:03 CV-06220 and *Janssen Pharmaceutica N.V. et al. v. Dr. Reddy's Laboratories, Ltd. et al.*, Civil Action No. 2:03-CV-06185. This Expert Report describes my expected affirmative testimony and contains my conclusions and opinions in this matter and the bases therefor. To the extent any new information is made available to me, I will evaluate that information to determine whether it has any impact on my opinions and conclusions set forth in this Expert Report. If necessary, I will update this Expert Report to take that information into consideration. I also reserve the right to offer rebuttal testimony to any evidence or argument presented by plaintiffs (in the above-

identified matters) or their experts regarding issues concerning U.S. Patent No. 4,804,663 ("the '663 patent"; Tab A) and/or aspects of drug development. To date, I have not made any exhibits that provide a summary of my opinions.

## PROFESSIONAL BACKGROUND AND QUALIFICATIONS

2. I have worked and taught for over forty years in the fields of Medicinal Chemistry and Drug Development, both in the pharmaceutical industry and in academia. Medicinal Chemistry is the science of the design, discovery and development of chemical compounds for use as therapeutic or medicinal agents. The foundation of Medicinal Chemistry includes two fundamental concepts. First, that all chemical compounds (even the most complex) are a combination of smaller parts (often referred to by Medicinal Chemists as "groups") wherein these smaller parts are collectively responsible for the chemical and biological/therapeutic properties of the chemical compound as a whole. Second, that such individual parts of a chemical compound can be interchanged or replaced with other parts. And, therefore, based upon an understanding of pertinent Medicinal Chemical principles and existing data, Medicinal Chemists can in suitable situations predict how those chemical and biological/therapeutic properties will change (or not change) if one such part of a chemical compound is replaced by a different part.

3. I have been President and CEO of Intellepharm since 1996, where I am involved in biotechnology licensing, technical evaluation and intellectual property services. I am a registered patent agent, and a registered pharmacist. My business address is 1304 Morningside Drive, Laguna Beach, CA, 92651-2809.

4. I am a U.S. citizen and was born in Berlin, Germany. I have a reading knowledge of the German language. I was awarded a B.S. degree from the University of California,

2

Berkeley in 1951, and a Ph.D. degree in Pharmaceutical Chemistry from the same institution in 1955. I was a Postdoctoral Fellow at the Department of Chemistry, University of Virginia, Charlottesville (1955-1957) under the direction of the world famous authority in Medicinal Chemistry, the late Prof. Alfred Burger.

5. I was a Senior Medicinal Chemist at Smith Kline & French Laboratories, Philadelphia (1957-1960), where I was inventor or co-inventor on 20 patents. In 1960, I joined the faculty of the University of California in San Francisco ("UCSF") as Assistant Professor of Pharmaceutical Chemistry, and was promoted to Associate Professor in 1962 and to Full Professor in 1965. I became Chairman, Department of Pharmaceutical Chemistry, in 1970. As Department Chairman, I built a major academic center and graduate department of drug design. I left USCF in 1982 to become Vice-President for Research at Allergan, Inc., a position I held from 1982-1988. In 1988, I left Allergan, Inc. to co-found ImmunoPharmaceutics, Inc. ("IPI") in San Diego, where I became Senior Vice-President for Research and Development. IPI was sold to Texas Biotechnology Corporation (a public company) in 1995 and I left to found Intellepharm, Inc. Texas Biotechnology Corporation has now been renamed Encysive Pharmaceuticals (Nasdaq ENCY).

6. I am currently Adjunct Professor of Medicinal Chemistry at the University of Southern California, and a current member of the faculty of the Residential School of Medicinal Chemistry ("RESMED") at Drew University, Madison, NJ. The students at RESMED comprise 150 young Ph.D. chemists who are sent there annually by the worldwide pharmaceutical industry (including companies such as Pfizer, Inc., Merck & Co., GlaxoSmithKline and Johnson & Johnson Pharmaceutical Research & Development) for training in Medicinal Chemistry. I am an elected member of the United States Pharmacopoeia ("USP") Committee of Revision (1990-

3

2010). The USP is the official compendium of drug standards in the United States. The Committee of Revision is responsible for approving the standards of identity and purity for all new drugs or changes in such standards.

7. I have been the Editor or author of 9 volumes on Medicinal Chemistry and Drug Discovery (including the two editions of "Burger's Medicinal Chemistry and Drug Discovery," 4th ed. (Vol. 1-3), John Wiley & Sons, Inc. New York, NY (1979-1981) and 5th ed. (Vol. 1-5), John Wiley Sons, Inc., New York, NY (1995-1997)) and 5 book chapters in this area. I have authored 91 scientific publications in refereed journals, many of which were on the subject of drug discovery.

8. As a result of the work I carried out at Smith Kline & French Laboratories described above, I discovered and patented the anabolic steroids described in Canadian Patent No. 648,406 (September 11, 1962), one of which (SK&F 8048) was tested in humans.

9. As a result of the work I carried out at Smith Kline & French Laboratories, Allergan, Inc. and Immuno Pharmaceuticals, Inc., I was responsible for the discovery of the following marketed drugs: Tazorac® (for acne and psoriasis), Alphagan® (for glaucoma) and Lumigan® (for glaucoma). In addition, I was responsible for the discovery of the following drug, which is completing the FDA process: Thelin® (for pulmonary arterial hypertension).

10. During 1960-1982, I became an international authority in Medicinal Chemistry, with 100+ publications and patents supported by 20 years of grant support by the National Institutes of Health. During 1967-1968, I held a Sabbatical Fellowship, Department of Biochemistry, Imperial College, London, as the guest of the late Prof. Sir Ernst B. Chain, Nobel Laureate for the co-discovery of penicillin, and of the late Prof. D.H.R. Barton, Nobel Laureate for work in steroid chemistry. I am an Elected Fellow, American Association for the

4

Advancement of Science and an Elected Fellow, Academy of Pharmaceutical Scientists. I am a member of the American Association of Pharmaceutical Scientists, the American Chemical Society, and the Division of Medicinal Chemistry of the American Chemical Society. I have lectured extensively as an invited lecturer worldwide in industrial and academic venues and at national and international scientific meetings during the years 1955-1995.

11. During the three years (1957-1960) that I worked as a Senior Medicinal Chemist at Smith Kline & French Laboratories in Philadelphia, I became very familiar with the activities of the Central Nervous System Program Team. The Central Nervous System Team had the responsibility for discovery of drugs that affect the central nervous system, such as neuroleptic agents, anti-anxiety agents, etc. Smith Kline & French Laboratories had a long-time franchise in these areas, as they had produced both Benzedrine and Dexedrine as prescription products. They also were marketing Thorazine® (chlorpromazine), the first major antipsychotic drug. At that time, the key Medicinal Chemists on the team were my friends and colleagues, Charles Zirkle and Carl Kaiser, both of whom have published extensively in this area. I was also well acquainted with the neuropharmacologists working on the team.

12. My *curriculum vitae*, attached at Tab B, contains further information regarding my professional background and qualifications, including a list of my publications and patents.

## BACKGROUND INFORMATION

13. Attached at Tab C is a list of general terms used in Drug Development. They are referred to hereinafter in my Expert Report and form the terminology for the conclusions and opinions expressed in it.

5

## STATEMENT OF CONCLUSIONS AND OPINIONS

**I.     The Drug Discovery Research Process For
Central Nervous System Drugs
In The Early 1980s**

14.     In the early 1980s, the drug discovery process for central nervous system drugs at most, if not all, pharmaceutical companies was no different than the discovery process for other drugs (such as antihypertensives, antibiotics, steroids, etc.) in that it was a cooperative, interdisciplinary effort normally carried out by a team (or teams) of research scientists.  These teams generally included Chemists, Pharmacologists, Biochemists and, where appropriate, Microbiologists and Computer Computational Chemists.  Physicians and Toxicologists were also called upon from time to time to conduct clinical research and testing in humans.

15.     The Chemists and Biochemists of ordinary skill who worked on these teams had advanced degrees (normally a Ph.D.) in Medicinal, Organic or Biological Chemistry.  The Pharmacologists of ordinary skill who worked on the teams also had advanced degrees (normally a Ph.D.) in Pharmacology or a closely related discipline and would be trained to use a variety of *in vitro* and/or *in vivo* testing methods that extend from the level of individual cells to that of the behavior of the whole animal.  Both the Chemists and Pharmacologists of ordinary skill working on the teams normally had a minimum of at least two years of academic or industrial work experience in drug discovery and development, and a record of achievement by having published several papers within their field of expertise in peer-reviewed scientific journals.  The individual members of the team also kept up-to-date with the advances in the design and development of drugs of interest to the team—for example, central nervous system drugs—by reading and reviewing the papers published in scientific journals (including those presented at conferences

6

and symposiums) and the patents issued (both in the United States and around the world) in their respective fields.

16.    The Medicinal Chemists working on a central nervous system drug discovery team in the early 1980s typically began their research by identifying or selecting a "lead molecule"—a molecule having a desired therapeutic activity. This is often referred to as the "lead molecule identification" stage. The lead molecule might be of natural origin or a synthetic material and, most often, was the result of an organized program of chemical syntheses carried out by the Medicinal Chemists. Sometimes, the Medicinal Chemists took known compounds from published papers or issued patents, or compounds from the "compound library" of the pharmaceutical company involved in the research in order to broaden the chemical diversity of potential lead molecules.

17.    The lead molecule identification stage was next followed by an organized scientific screening program of *in vitro* and *in vivo* tests (usually directed and carried out by the Pharmacologists[1] working on the team) in which the lead molecule was modified by the Medicinal Chemists in light of the results of the experiments. This has been referred to as the "lead compound modification" stage. Essential to this stage was the development of a robust, rapid and accurate bioassay method to enable rapid and accurate feedback of information from the Pharmacologists to the Medicinal Chemists. As the lead molecule was modified and tested, the Medicinal Chemists noted whether each modification was beneficial or detrimental to the desired therapeutic action and would fashion the next round of modification/testing accordingly to develop a structure-activity relationship.

---

[1]    Research in Pharmacology focuses on pharmacodynamics, which refers to drug interactions with cellular targets that modify the biochemistry and physiology of the organism, and on pharmacokinetics, which is how the organism absorbs, distributes, metabolizes and eliminates drugs.

18.    The study of the effects of known structural changes in a lead compound on its biological activity is called the study of structure-activity relationships ("SAR").  The purpose of SAR programs is to create and determine a broad range of compounds that have structural/activity relationships to each other to enable a basis for further modifications.  The use of SAR is of fundamental importance to Medicinal Chemists in solving problems in drug development.  Coupled with this is the important task of understanding the biological events leading to the activity of the compounds under consideration—in other words, the molecular events underlying both the desirable therapeutic effects as well as the undesirable side effects of these compounds.

**II.    Antipsychotic Drug Development and Research in the Early 1980s**

19.    As is apparent from the foregoing discussion, in a drug design and development program the reduction or elimination of therapeutically undesirable side effects is an important goal.  Not only are such side effects problematic in terms of overall patient health and compliance, but the usefulness of any drug depends on their minimization.  According to the important review of Kaiser and Setler, the side effects known as Extrapyramidal Symptoms ("EPS") occurred in approximately 30-50% of patients using antipsychotic drugs available in the early 1980s (Kaiser *et al.*, 1981, Tab D), and could reach an incidence of 88% after prolonged phenothiazine therapy (Kennedy *et al.*, 1971, Tab E).  The Kaiser and Setler review describes EPS as comprising three types:  (1) parkinsonian effects including rigidity, tremor, masklike facial expression, shuffling gait and excessive salivation; (2) inability to sit still and (3) involuntary movements, especially of the face and tongue.  Hence, important goals in antipsychotic drug design were the establishment of SAR and of a biochemical rationale predictive not only of therapeutic effects, but also of EPS due to antipsychotic drugs.  Therefore,

8

those working to develop antipsychotics in the early 1980s were looking to develop a drug that not only was effective in treating schizophrenia, but also would minimize the side effects that were seen with the classical, or so-called "typical," antipsychotic drugs that were then being used.

20.     With regard to the mechanism of action of antipsychotic drugs, Seeman provided "the first direct evidence that neuroleptics compete with dopamine for stereospecific dopamine binding sites in direct proportion to their clinical potencies" (Seeman *et al.*, 1975, Tab F). Likewise, "an extremely close correlation between the clinical and pharmacological potencies of butyrophenones and phenothiazines and their affinities in competing for the binding of tritiated haloperidol to dopamine postsynaptic dopamine receptors" was found by Creese *et al.*, supporting the argument "that these drugs do act by blocking postsynaptic dopamine receptors" (Creese *et al.*, 1976, Tab G).  With regard to the side effects of antipsychotic drugs, Creese concluded that "dopamine receptor blockade in the corpus striatum is presumed to be responsible for extrapyramidal parkinson-like side effects of neuroleptic drugs."  Snyder later restricted the affected receptors to the $DA_2$ dopamine receptors (Snyder, 1981, Tab H).  Again, Lai *et al.* stated "there exists with the neuroleptics a direct correlation between the potency of DA [dopamine] blockade, binding to DA receptors and the tendency to produce EPS" (Lai *et al.*, 1980, Tab I).

21.     Studies by DeLisi in chronic schizophrenics suggested that elevated whole blood serotonin levels occurred concomitantly with schizophrenic symptoms in these patients (DeLisi *et al.*, 1981, Tab J).  This finding was consonant with the earlier report, in 1978, that a second class of receptors was shown to be important in the mechanism of action of neuroleptic drugs by workers from Janssen Pharmaceutica (Leysen *et al.*, 1978, Tab K).  The Janssen workers reported "the first *in vitro* demonstration that both serotonergic and dopaminergic receptors may

9

be involved in the mechanism of action of neuroleptics." In contrast to the EPS effect **induced**

**by dopamine** receptor blockade, evidence that **serotonin** receptor blockade **diminished** the

occurrence of EPS was found in several laboratories. Thus, Lai concluded that "neuroleptics

possessing potent antiserotonin activity may be correlated with lower EPS potential in man" (Lai

*et al.*, 1980, Tab I). Likewise, the EPS effects of phenothiazine neuroleptics in humans

(Goldman, 1976, Tab L) and of butyrophenone neuroleptics in rats (Balsara *et al.*, 1979, Tab M)

were shown to be reversed by serotonin receptor antagonists. These findings represented a

powerful motivation to those of ordinary skill in the art prior to the mid-1980s to seek combined

dopamine/serotonin receptor antagonists for use as antipsychotic drugs, as such drugs would be

expected to have enhanced effectiveness and reduced EPS side effects.

## III.   The Janssen Compounds, Ketanserin And Pirenperone.

22.   As pointed out by Kaiser and Setler (1981, Tab D), citing Dr. Paul Janssen (1970,

Tab N), "[i]n most neuroleptics an aromatic ring is separated from a tertiary nitrogen by a four-

atom spacing in an 'S-shaped' conformation." Janssen further stated that:

> most neuroleptics can be subdivided into four major classes on the basis of their
> chemical structure: 4-phenylbutylamines (such as the butyrophenones),
> 3-anilinopropylamines (such as the phenothiazines), 3-phenoxypropylamines
> (such as spiramide) and 2-phenylpropylamines (such as the rauwolfia alkaloids).
> In spite of their inherent flexibility, all neuroleptics of the first three classes can
> adopt only one S-shaped conformation and it is, therefore, to be expected that it is
> in this state that they interact with the receptor molecules (Janssen, 1970, Tab N).



23.   In the late 1970s, workers at Janssen produced a compound, known generically as

Pirenperone, having a butyrophenone group in which the 1, 2 and 3 atoms are constrained in a

10

six-membered piperidine ring, as shown in the structural drawing below (Kennis *et al.*, 1982, Tab O).

Pirenperone

Thus, Pirenperone contains the "S-shaped" conformation described by Janssen as being characteristic of most known neuroleptics (Janssen, 1970, Tab N), and so would be expected to exhibit the desirable dopamine antagonist property correlated with antipsychotic activity, as outlined earlier (Seeman *et al.*, 1975, Tab F; Creese *et al*, 1976, Tab G; Leysen *et al.*, 1978, Tab K). The dopamine antagonism of Pirenperone was confirmed in a number of pharmacological studies (Colpaert *et al.*, 1981, Tab P; Green *et al.*, 1983, Tab Q; Meltzer *et al.*, 1983, Tab R; Pawlowski *et al.*, 1983, Tab S). In a second important Medicinal Chemistry strategy, the cyclic butyrophenone group was linked to a pyridopyrimidinone nucleus found in compounds that "show depressant effects on a central nervous system and hypotensive with relatively lower side-effects and are useful as major tranquilizers" (Sato *et al.*, U.S. Patent No. 3,960,863, 1976, Tab T). The result, as expected, was a combined dopamine receptor/serotonin receptor antagonist, as was likewise confirmed in the pharmacological studies cited.

24.    Interestingly, the related Janssen compound Ketanserin was found to possess only peripheral antiserotonin activity (Janssen, 1982, Tab U).

11

Ketanserin

Here, as was explained by Janssen, Ketanserin "fails to cross the blood-brain barrier to any significant extent, whereas other members of the series, *e.g.* pirenperone, act on the brain and are potent antagonists of LSD and other centrally acting serotoninomimetic drugs" (Janssen, 1982, Tab U). The octanol-water partition coefficient of Ketanserin is given as log P = 3.30 (Janssen, 1982, Tab U), which would have been understood at that time as indicating insufficient lipophilicity for satisfactory penetration into the blood-brain barrier. According to information published by Janssen, the receptor binding profile (Ki, nM) for Ketanserin was $5\text{-}HT_2 = 2.1$ and DA = 220, whereas for Pirenperone it was 2.0 and 16 respectively (Janssen, 1982, Tab U), indicating that Pirenperone was a potent dual dopamine receptor/serotonin receptor antagonist, whereas Ketanserin was only a potent serotonin receptor antagonist.

## IV.   Early Trials for Clinical Efficacy in Man for Ketanserin and Pirenperone

25.     Ketanserin was investigated for peripheral diseases like hypertension, heart failure and thrombophlebitis in man and "found to be a very active and well tolerated drug" (Janssen, 1982, Tab U). By contrast, Pirenperone, given intraperitoneally, was examined for inhibition of quipazine-induced responses in rats (a test for 5-HT receptor antagonism) and found to be "fairly short-lasting insofar as no inhibition of the quipazine-induced response was seen 6 hr after the administration" (Green *et al.*, 1983, Tab Q). Pirenperone displayed only "modest anxiolytic activity, without a clear dose-response relationship" in human volunteers (Ansseau *et al.*, 1983, Tab V). These attenuated *in vivo* results relative to the *in vitro* data, even after intraperitoneal

12

administration, are indicative of metabolic degradation of the administered molecule rather than of poor absorption. As was well known in the early 1980s, ketones "are primarily reduced to secondary alcohols" as a result of normal drug metabolism (Low *et al.*, 1980, Tab W).

Ketone        Alcohol

In a review, Bachur likewise concluded that "many aliphatic and aromatic ketones and aldehydes yield corresponding alcohol metabolites as prominent excretory products in vivo, and reduction appears to be the favored pathway for these carbonyl group biotransformations" (Bachur, 1976, Tab X). The butyrophenone derivatives were no exception to this, with the major metabolite of Ketanserin being shown to be Ketanserinol (Lindelauf, 1983, Tab Y; Meuldermans *et al.* 1983, Tab Z).

Ketanserin        Ketanserinol

Accordingly, in order to enhance the duration of action of the parent molecule, there was strong motivation by those of skill in the art working to develop antipsychotics in the early 1980s to produce antipsychotic butyrophenone derivatives chemically modified to prevent metabolic conversions involving reduction of the ketone-group.

## V.    In the Early 1980s, Bioisosteric Replacement of Ketone-Groups in an Antipsychotic Was Known.

26.    Bioisosterism recognizes that substitution of an atom or group of atoms for another atom or group of atoms having similar size, shape and electron density generally

13

provides compounds having similar biological activity. In 1979, Saunders and Williamson provided the first example of the bioisosteric replacement of a ketone-group when they modified the anti-inflammatory agent Ketoprofen by replacing the C=O with the C=N component of an isoxazole-group, thereby obtaining potent anti-inflammatory compounds (Saunders *et al.*, 1979, Tab AA).

Ketoprofen                Ketoprofen derivative

In 1982, Shutske *et al.* provided a second example of the bioisosteric replacement of the ketone-group by the C=N component of an isoxazole-group in a series of diuretic compounds (Shutske *et al.*, 1982, Tab BB). Shutske noted that "the onset of action of the benzisoxazole diuretics is a little later than furosemide, but the duration of action is also longer" (Shutske *et al.*, 1982, Tab BB). Conversion of the ketone-group to an isoxazole-group would thus be expected to provide a compound with enhanced metabolic stability because metabolic (enzymatic) reduction of ketone-groups to secondary alcohols is very common, whereas the metabolic reduction of aromatic heterocycles is exceedingly uncommon.

27. Of even greater interest to Medicinal Chemists of ordinary skill in the art working to develop antipsychotics in the early 1980s was the synthesis (in the same year as Shutske's publication) by scientists working at Hoechst-Roussel of "many" 3-(1-substituted-4-piperidinyl)-1,2-benzisoxazoles that "showed potent neuroleptic activity in a variety of pertinent biological assays" (Strupczewski *et al.*, 1982, Tab CC).

14

These compounds are clearly analogs of the previously discussed classical butyrophenone structure, and are designed by bioisosteric replacement of the ketone-group by an iosoxazole ring. I note, first, that this structure encompasses a variety of compounds, taking $R_1$ and X into consideration.

Secondly, Strupczewski *et al.* (1982, Tab CC) state "**many of these compounds, particularly when X = F**, showed potent neuroleptic activity in a variety of pertinent biological assays" (emphasis added). Thus, Strupczewski outlines a broadly general modification of antipsychotic derivatives of 4-fluorobenzoyl-1-substituted-4-piperidinyl compounds—closely related to Pirenperone and Ketanserin—that result in "potent neuroleptic activity in a variety of pertinent biological assays" as well as anticipated enhanced metabolic stability. Thus, biosisosteric replacement of a ketone-group by an isoxazole-group to produce potent new compounds is a general Medicinal Chemistry strategy, with validation in three different pharmacological classes: antiinflammatory drugs, diuretic drugs and neuroleptic drugs. Therefore a Medicinal Chemist of ordinary skill in the art in the early 1980s would be strongly motivated to apply the isoxazole modification to compounds like Pirenperone and Ketanserin.

15

## VI.    Medicinal Chemists Working in the Early 1980s to Development Antipsychotics Knew How to Replace Ketone-Groups With Isoxazole-Groups

28.    A general review of how to make Benzisoxazole (which contains an isoxazoale group) was available in 1967 (Wunsch *et al.*, 1967, Tab DD). Moreover, extensive experimental details applicable to the synthesis of 3-(4-piperidyl)-1,2-benzisoxazoles were described by Strupczewski *et al.* (U.S. Patent No. 4,355,037, 1982, Tab EE). For example, pertinent routes applicable to the synthesis of a broad variety of 3-(4-piperidyl)-1,2-benzisoxazoles suitable for substitution at the piperidyl nitrogen by standard synthetic methods are provided therein, as shown in the following example:

## VII.   Modified Pirenperone is The Same As A Compound Claimed in Janssen's '663 Patent

29.    For the purposes of this discussion, the structural formula of Pirenperone may be divided into sides—an A-Side and a B-Side.

16

A - Side          B - Side

Pirenperone

As previously discussed:

(1)     A person of ordinary skill working to develop antipsychotics in the early 1980s would have recognized that the short duration of action associated with Pirenperone could be attributed to reductive metabolism of the ketone-group in the B-Side of the molecule to the corresponding secondary alcohol.

(2)     Knowing of the advantageous bioisosteric replacement opportunity in mitigating metabolic destruction, s/he would have been motivated to convert the ketone-group of the B-Side to an isoxazole-group, secure in the knowledge that such a modification would retain the resulting modified Pirenperone compound's activity as an antipsychotic.

(3)     That replacement of ketone-groups by isoxazole-groups in antipsychotics was readily available by standard Organic Chemistry synthetic methods.

The structure of the compound that results when the ketone-group on the B-Side of Pirenperone is replaced by an isoxazole-group is exactly the same as one of the compounds specifically named in the claims of the '663 patent (Tab A, *See, e.g.*, claims 6, 12 and 18). The two compounds (*i.e.*, "Modified Pirenperone" and the compound claimed in the '663 patent) have exactly the same A-Side and B-Side. Therefore, the compound claimed in the '663 patent

17

(designated below as "Compound 11"[2]) is simply modified Pirenperone, wherein the ketone-group on the B-Side of Pirenperone has been replaced by an isoxazole-group.

Pirenperone                                    Compound 11

## VIII.   Pirenperone Was Not Given Consideration During The Prosecution Of The '663 Patent

30.     Janssen's '663 patent issued on two patent applications.  The first (application Serial No. 707,067) was filed on March 27, 1985.  The second application (application Serial No. 826,517) was filed on February 5, 1986 as a continuation-in-part of the first application.  The proceedings in the United States Patent and Trademark Office ("USPTO") in the first application were very brief and consist of only one Official Action by the USPTO.  A copy of the Official Action in the first '663 patent application is attached at Tab FF.  In it, the Patent Examiner rejected all of the claims in that application (including those that claimed Compound 11 and Risperidone) on several grounds, including four "obviousness" rejections under 35 U.S.C. § 103.  Each of the "obviousness" rejections was based upon Janssen's U.S. Patent No. 4,335,127 ("the

---

[2]   Compound 10 is 3-[2-[4-(6-fluoro-1,2-benzisoxazol-3-yl)-1-piperidinyl]ethyl]-2-methyl-4H-pyrido[1,2-a]pyrimidin-4-one, and its synthesis is described in Example 5 (column 12) in the '663 patent.  Compound 11 is the same chemical compound as Compound 10, and therefore has the same chemical name.  Its synthesis is described in Example 6 (columns 12 and 13) in the '663 patent.  The synthesis of Compound 11 in Example 6 differs from the synthesis of Compound 10 in Example 5 in using 4-methyl-2-pentanone instead of N,N-dimethylformamide as the solvent, and in having a shorter reaction time.  The term "Compound 11" is used in Table 1 of the '663 patent.

18

'127 patent", Tab GG) that disclosed Ketanserin. Janssen did not respond to this rejection, apparently deciding to file the second application instead.

31.    Janssen filed an Information Disclosure Statement ("IDS") along with the second '663 patent application. A copy of the IDS filed by Janssen's lawyers in the second '663 patent application is attached at Tab HH. The IDS was filed pursuant to the provisions of 37 CFR § § 1.56, 1.97 and 1.98. In 1986, when Janssen filed the IDS, 37 CFR § § 1.56, 1.97 and 1.98 required that all patent applicants file an IDS containing "...a listing of patents, publications or other information..." known to the applicant and "[a] concise explanation of the relevance of each item listed." A copy of 37 CFR § § 1.56, 1.97 and 1.98 (1985-1986) are attached at Tab II. Following the requirements of § § 1.56, 1.97 and 1.98, Janssen's lawyers included a list of patents in the IDS that they filed in the second '663 patent application. This list included all five (5) of the prior art patents cited by the Patent Examiner in the Official Action in the first '663 patent application, as well as one that was not cited before, Janssen's '870 patent—the patent that discloses and claims Pirenperone (Tab O) . Additionally, Janssen's lawyers told the USPTO in the IDS that the '870 patent "...describe[s] intermediates and processes useful to prepare the claimed compounds [*i.e.*, the compounds claimed in the '663 patent]." But, at the time that Janssen's lawyers filed the IDS, its scientists knew much more about Pirenperone than its lawyers told the USPTO in the IDS. Janssen's scientists knew, and had published (Colpaert *et al.*, 1981, Tab P; Janssen, 1982, Tab U) that Pirenperone was a potent antagonist at both dopamine and serotonin receptors in the human brain and, therefore, was exactly the type of compound that those of ordinary skill working to development antipsychotic drugs in the early 1980s were looking to develop as a lead compound (Lai *et al.*, 1980, Tab I; Balsara *et al.*, 1979, Tab M).

19

32.     In the two (2) Official Actions by the USPTO that followed the filing of the IDS by Janssen's lawyers, the Patent Examiner rejected the claims in the second '663 patent application (including those claiming Compound 11 and Risperidone) on several grounds, including that they were "obvious" under 35 U.S.C. § 103 and, therefore, unpatentable. Copies of the two Official Actions by the USPTO in the second '663 patent application are attached at Tab JJ. The primary reference the Patent Examiner relied upon in each and every one of the obviousness rejections under § 103 was Janssen's '127 patent, which discloses the Janssen compound Ketanserin. (*See* ¶¶ 24 and 25 above). The Patent Examiner never used (or even mentioned) the '870 patent or any of the scientific literature available in the early 1980s that disclosed Pirenperone and the fact that it was a potent antagonist at both dopamine and serotonin receptors in the brain in any of her "obviousness" rejections under § 103. And, except for listing the '870 patent in the IDS that they filed, Janssen's lawyers never called the Patent Examiner's attention to any of the scientific literature available in the early 1980s (including Janssen's own publications) that disclosed Pirenperone and that fact that it was a potent antagonist at both dopamine and serotonin receptors in the brain.

33.     To a Medicinal Chemist of ordinary skill working to develop antipsychotic drugs in the early 1980s, Ketanserin (the compound disclosed in Janssen's '127 patent that was used by the Patent Examiner as the basis for all of the obviousness rejections of the '663 claims) is only distantly related to Pirenperone, Compound 11 and Risperidone (which is another of the compounds claimed by Janssen in the '663 patent). Ketanserin is what Medicinal Chemists call a Quinazolinedione, and not a Pyridopyrimidinone, as are Pirenperone, Compound 11 and Risperidone. The structural formulas for Ketanserin, Pirenperone, Compound 11 and Risperidone are given below.

20

Ketanserin

Pirenperone

Compound 11

Risperidone

As can be seen, Ketanserin has a completely different A-Side and B-Side than do Pirenperone, Compound 11 and Risperidone. Pirenperone has the same A-Side as does Compound 11, an A-Side that differs very little from that in Risperidone. Pirenperone's B-Side is different from that of Compound 11 and Risperidone, but as I explained above, (*See,* ¶¶ 26 to 28) Pirenperone's B-Side can easily be converted to the B-Side in Compound 11 and Risperidone.

34.    To overcome the "obviousness" rejections under § 103 by the Patent Examiner of the '663 claims (including those to Compound 11 and Risperidone), Janssen's lawyers submitted a Declaration by one of its scientists that contained test data showing the superiority of Risperidone (one of the compounds in the claims of the '663 patent rejected as being "obvious") over Ketanserin (the compound disclosed in Janssen's '127 patent—the patent which was the basis for the USPTO's rejection of the '663 claims as being "obvious") in the animal tests described in Example 9 of the '663 patent.  A copy of the Declaration of Franz H.L. Awouters (one of Janssen's scientists) that was filed by Janssen's lawyers in the second '663 patent application is attached at Tab KK.  The Declaration compared the antipsychotic activity of Ketanserin as measured by Janssen's animal tests with that of Risperidone, and did not mention Pirenperone.  The animal test results reported in the Declaration showed that Ketanserin had very little antipsychotic activity, but that Risperidone was an effective antipsychotic.  These results should not have surprised Janssen since, at the time that its lawyers submitted the Declaration to the USPTO, Janssen's scientists (including the Janssen scientist who submitted the Declaration) knew and had reported that Ketanserin could not pass the blood-brain-barrier in humans and, therefore, could have very little, if any, antipsychotic activity in the brain.  By contrast, at the time that its lawyers filed the IDS, Janssen's scientists (including the Janssen scientist who submitted the Declaration) knew that not only did Pirenperone pass the blood brain barrier, but that it was also a potent antagonist at those receptors in the brain associated with schizophrenia.  As was explained by Dr. Paul Janssen himself, Ketanserin "fails to cross the blood-brain barrier to any significant extent, whereas other members of the series, *e.g.* pirenperone, act on the brain and are potent antagonists of LSD and other centrally acting serotoninomimetic drugs" (Janssen, 1982, Tab U).  Indeed, Janssen also reported that the receptor binding profile (Ki, nM) for

22

Ketanserin was 5-HT$_2$ = 2.1 and DA = 220, whereas for Pirenperone it was 2.0 and 16 respectively, *i.e.*, that Pirenperone was a potent dual dopamine receptor/serotonin receptor antagonist, whereas Ketanserin was only a potent serotonin receptor antagonist (Janssen, 1982, Tab U). Janssen's lawyers never told the Patent Examiner what its scientists had known for years—Pirenperone could be effective as an antipsychotic and Ketanserin could not.

35.    Thus, the combined effect of the Declaration submitted by Janssen's lawyers and of Janssen's complete silence as to all the information its scientists had amassed that Pirenperone was a potent antagonist at both dopamine and serotonin receptors in the brain (and, therefore, was exactly the type of compound that those of ordinary skill working in antipsychotic drug development in the early 1980s were looking to develop as a lead molecule) was to focus the Patent Examiner's attention on a largely irrelevant compound—Ketanserin—while ignoring Pirenperone. Stated simply, given this narrow focus on the '127 patent and Ketanserin, the prior art compound Pirenperone was not considered at all by the Patent Examiner. Because the Patent Examiner would have known that antipsychotic drugs act as dopamine antagonists, and the '870 patent described only antiserotonin and anti-congestive activity for Pirenperone, without mentioning the dopamine data that indicated its antipsychotic activity in animal models, the Patent Examiner had no reason to consider the '870 patent and Pirenperone against the '663 claims (including those claiming Compound 11 and Risperidone).

23

## INFORMATION CONSIDERED

In forming the conclusions and opinions expressed in this Expert Report I have relied upon my forty years of experience **both** in Industry and Academia in the fields of Medicinal Chemistry and Drug Development, and on my review of the following materials:

ANSSEAU M., DOUMONT A., THIRY D. AND GELDERS Y. "Pilot Study of a Specific Serotonergic Antagonist, Pirenperone, in the Treatment of Anxiety Disorders." Acta Psychiatrica Belgica 83 (1983): 517-524.

BACHUR N.R. "Cytoplasmic Aldo-Keto Reductases: A Class of Drug Metabolizing Enzymes." Science 13 (1976): 595-597.

BALSARA J.J., JADHAV J.H. AND CHANDORKAR A.G. "Effects of Drugs Influencing Central Serotonergic Mechanisms on Haloperidol-Induced Catalepsy." Psychopharmacology 62 (1979): 67-69.

COLPAERT F.C. AND LEYSEN J.E. "Characterization of in vivo Agonist and Antagonist Activity of Purported 5-Hydroxytryptamine Antagonists and of R 47 465, an LSD-Antagonist." 8th International Congress of Pharmacology, Tokyo, Japan, July 19-24, 1981.

CREESE I., BURT D.R. AND SNYDER S.H. "Dopamine Receptor Binding Predicts Clinical and Pharmacological Potencies of Antischizophrenic Drugs." Science 192 (1976): 481-483.

DELISI L.E., NECKERS L.M., WEINBERGER D.R. AND WYATT R.J. "Increased Whole Blood Serotonin Concentrations in Chronic Schizophrenic Patients." Archives of General Psychiatry 38 (1981): 647-650.

GOLDMAN D. "Treatment of Phenothiazine-Induced Dyskinesia." Psychopharmacology (Berlin) 47 (1976): 271-272.

GREEN A.R., O'SHAUGHNESSY K., HAMMOND M., SCHÄCHTER M. AND GRAHAME-SMITH D.G. "Inhibition of 5-Hydroxytryptamine-Mediated Behavior by the Putative 5-HT2 Antagonist Pirenperone." Neuropharmacology 22 (1983): 573-578.

JANSSEN, P.A.J. "The Neuroleptics." In Modern Problems in Pharmacopsychiatry. Eds. Bobon D.P., Janssen P.A.J. and Bobon J. Basel: S. Karger (1970): 33-44.

JANSSEN P.A.J. "The Pharmacology of Specific, Pure and Potent Serotonin 5-HT2 or S2-Antagonists." Proceedings of the 8th International congress of Pharmacology, Tokyo, 1981 in Advances in Pharmacology and Therapeutics II. Vol. 4 Biochemical and Immunological Pharmacology. Eds. Yoshida H., Hagihara Y. and Ebashi S. New York: Pergamon Press (1982): 21-33.

KAISER C. AND SETLER P.E. "Antipsychotic Agents." Burger's Medicinal Chemistry 4th Ed. Vol. 3 Ed. Wolff M.E. (1981): 859-980.

KENNEDY P.F., HERSHON H.I. AND McGUIRE, R.J. "Extrapyramidal Disorders after Prolonged Phenothiazine Therapy." The British Journal of Psychiatry 118 (1971): 509-518.

LAI H., CARINO M.A. AND HORITA A. "Antiserotonin Properties of Neuroleptic Drugs." Psychopharmacology and Biochemistry of Neurotransmitter Receptors Eds. Yamamura H.I., Olsen R.W. and Usdin, E. New York: Elsevier North Holland, Inc. (1980): 347-353.

LEYSEN J.E., NIEMEGEERS C.J.E., TOLLENAERE J.P. AND LADURON P.M. "Serotonergic Component of Neuroleptic Receptors." Nature 272 (1978): 168-171.

24

LINDELAUF F. "Determination of Ketanserin and Its Major Metabolite (Reduced Ketanserin) in Human Plasma by High-Performance Liquid Chromatography." Journal of Chromatography 277 (1983): 396-400.

LOW L.K. AND CASTAGNOLI N. "Drug Biotransformations." Burger's Medicinal Chemistry 4th Ed. Vol. 1. Ed. Wolff M.E. New York: John Wiley & Sons (1980): 107-226

MELTZER H.Y., SIMONOVIC M. AND GUDELSKY G.A. "Effects of Pirenperone and Ketanserin on Rat Prolactin Secretion in vivo and in vitro." European Journal of Pharmacology 92 (1983): 83-89.

MEULDERMANS W., HENDRICKX J., HURKMANS R., SWYSEN E., PRINSEN P., WOESTENBORGHS R., LAUWERS W., VAN PEER A., DE CREE J. AND HEYKANTS J. "Absorption, Excretion and Metabolism of Ketanserin in Volunteers After Oral and Intravenous Administration." Janssen Clinical Research Report R 41 468-tartrate/53 (R 49 945) N 31373, January, 1983.

PAWĆOWSKI L., PRZEGELIŃEKI E. AND HANO J. "Antiserotonergic and Antidopaminergic Action of Pirenperone, a New S2-serotonin Receptor Antagonist." Abstract, Joint Meeting of French and German Pharmacological and Toxicological Societies, Freiburg (Germany), September 19-22, 1983. Archives of Pharmacology 324, Suppl. (1983): R20.

SAUNDERS J.C. AND WILLIAMSON W.R. "Potential Antiinflammatory Compounds. 2. Acidic Antiinflammatory 1,2-benzisoxazoles." Journal of Medicinal Chemistry 22 (1979): 1554-1558.

SEEMAN P., CHAU-WONG M., TEDESCO J. AND WONG K. "Brain Receptors for Antipsychotic Drugs and Dopamine: Direct Binding Assays." PNAS 72 (1975): 4376-4380.

SHUTSKE G.M., SETESCAK L.L., ALLEN R.C., DAVIS L., EFFLAND R.C. AND RANBOM K. "[(3-aryl-1,2-benzisoxazol-6-yl)oxy]acetic acids. A New Diuretic Series." Journal of Medicinal Chemistry 25 (1982): 36-44.

SNYDER S.H. "Dopamine Receptors, Neuroleptics, and Schizophrenia." American Journal of Psychiatry 138 (1981): 460-464.

STRUPCZEWSKI J.T., ALLEN R.C., GARDNER B.A., SCHMID B.L., STACHE U., GLAMKOWSKI E.J., JONES M.C., ELLIS D.B. AND GEYER III H.M. "Synthesis and Neuroleptic Activity of 3-(1-substituted-4-piperidinyl)-1,2-benzisoxazoles." Abstract, 183rd American Chemical Society National Meeting, Las Vegas, Nevada, March 28-April 2, 1982a. MEDI 64.

WUNSCH K.H. AND BOULTON A.J. "Indoxazenes and Anthranils." Advances in Heterocylic Chemistry 8 (1967) 277-379.

United States Patents Nos. 3,960,863; 4,355,037; 4,335,127; 4,342,870 and 4,804,663 (including its prosecution history).

37 C.F.R. §§ 1.56, 1.97 and 1.98 (1985-1986).

## LIST OF CASES IN THE LAST FOUR (4) YEARS

I have testified at trial or deposition in the following cases within the past four years:

*Colthurst Ltd. vs. Hollis-Eden Pharmaceuticals, Inc.* Deposition, May 2005. (American Arbitration Association). Ongoing testimony

*Marcus Williams v. William Romanowski*, Superior Court of California, County of Alameda, December 2004, Deposition (only).

*Takeda et al. v. Mylan et al.* (2004, still pending)

*Moreno v. Novartis Pharmaceuticals*, Deposition (only)  August 2003

Mariscal v. Kaiser 2003 (Deposition only)

*Elmer v. Carlis*, D.O. Deposition (only) January 2002

*Bayer AG and Bayer Corporation, Plaintiffs-Counterclaim Defendants, v. Carlsbad Technology, Inc., Defendant-Counterclaim Plaintiff.* United States District Court for the Southern District of California (Testified May 2002)

*Webster v. Lee* 2002 (deposition only)

*Holiday v. Sorensen*, 2001 (Kings County, CA)

## COMPENSATION

I am being compensated for my work in connection with this matter as follows:

| | |
|---|---|
| Court appearance: | $1100 per half—day or less (morning or afternoon) plus travel expenses. |
| | $2200 per between one—half day and a full day; plus travel expenses. |
| Research, technology evaluation, review of records and documents, preparation of reports, and travel time (one way): | $275 per hour |
| Attorney Deposition: | $425 per hour (2 hr. minimum) |
| Attorney Conference: | $275 per hour |
| Miscellaneous Expenses Travel expenses, research expenses, secretarial expenses: | Billed at cost |

26

expenses, secretarial expenses:        Billed at cost

Date: _29 July 2005_          _Manfred E. Wolff_ .

Manfred E. Wolff, Ph.D.